

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/08/2020
```

VIA CM/ECF

April 7, 2020

United States District Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

   **Re:** *Deleston v. Made in PR Latin Cuisine & Sports Bar Corp et al.*,
   **Case No.: 1:19-cv-10223-VEC**

Dear District Judge Caproni:

   This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. An Initial Conference is currently scheduled in this matter for April 17, 2020 at 10:00 a.m. This is Plaintiff's first request for an adjournment of the conference, and our request will not prejudice any of the parties or affect any other scheduled dates. Moreover, defendant Made in PR Latin Cuisine & Sports Bar Corp consents to this request, and defendant 26 Bruckner, LLC has yet to appear in this action. Our request is necessary because our office is currently closed due to COVID-19 and when we reopen we would like to make further effort to ensure that an appearance is made by defendant 26 Bruckner LLC in this action. Accordingly, it is respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of Your Honor's convenience or to a date in mid-May, or at the very least convert the April 17th appearance to a telephonic conference.

   We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

---

The Court defers ruling on the parties' second adjournment request pending the parties' joint pre-conference submissions, which remain due on April 9, 2020. Plaintiff must also explain in the joint letter the steps he intends to take to ensure 26 Bruckner LLC's appearance.

SO ORDERED.         Date: 04/08/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE