

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/2020
```



VIA CM/ECF

May 15, 2020

United States District Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *Deleston v. Made in PR Latin Cuisine & Sports Bar Corp. et al.*,
<u>Case No.: 1:19-cv-10223-VEC</u>

Dear District Judge Caproni:

    This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported the above referenced action has been settled and a settlement agreement has been drafted and provided to the defendants for execution. However, due to the COVID-19 pandemic, the terms of the settlement agreement were modified. As a result, Plaintiff is reviewing the modified agreement for execution. Respectfully, we are requesting together with counsel for the defendant Made in PR Latin Cuisine & Sports Bar Corp. a stay of all deadlines and conferences for thirty (30) days so that the parties can finalize the settlement.

    We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

---

The deadline for reopening the case is extended to June 5, 2020. No further extensions.

SO ORDERED.    Date: 05/15/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE